IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00035-MP-AK

KENNETH MILES,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 17, Motion to Continue Revocation of Supervised Release Hearing as to Kenneth Miles, filed by the United States. In the motion, the government seeks to set this hearing to coincide with Mr. Miles' sentencing in case 1:04cr6-MMP. The motion is granted and this hearing is hereby reset for Thursday, August 18, 2005 at 3:00 p.m.

**DONE AND ORDERED** this  *7th*  day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge