IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00035-MP-AK

KENNETH BERNARD MILES,

    Defendant.

_____/

## **O R D E R**

Simultaneously with this order, the Court has entered an order in 1:04cr6 continuing Mr. Miles' sentencing in that case. In order to have the revocation hearing in this case at the same time, the revocation of supervised release hearing in this case is hereby reset for February 16, 2006 at 1:30 p.m.

**DONE AND ORDERED** this  *23rd*   day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge