IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

KENNETH BERNARD MILES,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 601, Motion to Continue Sentencing Hearing and Revocation of Supervised Release Hearing as to Kenneth Bernard Miles, filed by the United States.  The government seeks time to resolve certain forfeiture issues which have arisen in this case.  A teleconference was held on February 15, 2006, during which the defendant consented to the continuance.  Accordingly, as stated in the teleconference, the sentencing and revocation hearing is hereby reset for Friday, March 31, 2006.

    **DONE AND ORDERED** this _17th_ day of February, 2006

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge